ZACHARY S. TOLSON – State Bar #242824
ANGELIQUE HERNANDEZ – State Bar #349156
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone:    (415) 705-0400
Facsimile:    (415) 705-0411
ztolson@gnhllp.com; ahernandez@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE BRANNON, an Individual,<br><br>                           Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Corporation; and DOES 1 to 50, Inclusive,<br><br>                           Defendants. | Case No. 2:23-cv-01909-JAM-DMC<br><br>**STIPULATION REGARDING THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Complaint filed: August 2, 2023<br>Trial date: not set |

Plaintiff, Amie Brannon, and Defendant, Home Depot U.S.A., Inc. have reached a settlement in this matter and are reducing the settlement to a writing. The final release has been delayed as the parties are verifying benefits received from Medi-Cal and any outstanding liens. The parties anticipate that dispositional documents will be filed by January 31, 2025 and respectfully request an extension from this Court for their filing.

DATED:  December 6, 2024            GOODMAN NEUMAN HAMILTON LLP


                                    By: /s/ Angelique Hernandez
                                        ZACHARY S. TOLSON
                                        ANGELIQUE HERNANDEZ
                                        Attorneys for Defendants
                                        HOME DEPOT U.S.A., INC.

-1-
**STIPULATION REGARDING THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**

DATED:  December 6, 2024                CARPENTER & ZUCKERMAN

By: /s/ Edward Cherkezian
    EDWARD CHERKEZIAN
    STEVEN L. MAZZA
    Attorneys for Plaintiff
    AMIE BRANNON

**IT IS SO ORDERED.**

Dated: December 6, 2024                /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    SENIOR UNITED STATES DISTRICT JUDGE

Goodman Neuman Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411