ZACHARY S. TOLSON – State Bar #242824
ANGELIQUE HERNANDEZ – State Bar #349156
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone:    (415) 705-0400
Facsimile:    (415) 705-0411
ztolson@gnhllp.com; ahernandez@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

STEVE MAZZA – State Bar #101076
EDWARD CHERKEZIAN – State Bar #325400
CARPENTTER & ZUCKERMAN
8827 West Olympic Boulevard
Beverly Hills, CA 90211-3613
Telephone: (310) 273-1230
Facsimile: (310) 858-1063
eservice@cz.law ; ECherkezian@cz.law

Attorneys for Plaintiff, AMIE BRANNON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE BRANNON, an Individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 2:23-cv-01909-JAM-DMC<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint filed: August 2, 2023<br>Trial date: not set |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the above-captioned action is dismissed with prejudice in its entirety. Execution and filing of this Stipulation of Dismissal by counsel for Plaintiff AMIE BRANNON and Counsel for Defendant HOME DEPOT U.S.A., INC. shall constitute a dismissal of the claims in this matter with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii).

**STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**

The Court shall retain jurisdiction to enforce the settlement agreement entered into by the parties. The parties shall bear their own respective costs and attorneys' fees arising out of, related to or incurred in the prosecution, defense and/or settlement of the action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:   GOODMAN NEUMAN HAMILTON LLP

By: */s/ Angelique Hernandez*
ZACHARY S. TOLSON
ANGELIQUE HERNANDEZ
Attorneys for Defendants
HOME DEPOT U.S.A., INC.

DATED:   CARPENTER & ZUCKERMAN

By: */s/ Edward Cherkezian*
EDWARD CHERKEZIAN
STEVEN L. MAZZA
Attorneys for Plaintiff
AMIE BRANNON

**ORDER**

**IT IS SO ORDERED.**

Dated: January 31, 2025      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Goodman Neuman
Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411

-2-

**STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**